UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:98-CR-10(01)RM |
| ) | |
| NATHAN LAWRENCE ) | |

<u>MEMORANDUM OF HEARING AND ORDER</u>

On March 17, the court held a hearing on the petition for revocation of supervised release. Barbara Brook appeared on behalf of the United States, while Donald Berger appeared with Nathan Lawrence. The parties moved for a continuance, which the court found good cause to grant.

Mr. Lawrence personally moved the court for a termination of his supervised release and/or permission to leave the district and requested the court to transfer him to the Metropolitan Correction Center in Chicago, Illinois. For reasons stated on the record, the court denied both motions.

The court now ORDERS this hearing continued, to be held on April 12, 2006 at 9:00 a.m. (South Bend Time).

SO ORDERED.

ENTERED:  March 20, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court